# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| FRANKLIN M. BEDFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV620-009 |
| | ) | |
| DOE MEDICAL CONTRACTOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

*Pro se* plaintiff Franklin Bedford has filed this 42 U.S.C. § 1983 case alleging deprivation of medical care. *See* doc. 15 at 1. The undersigned screened his Complaint, pursuant to 28 U.S.C. § 1915A, and recommended that his requests to certify a class action and for injunctive relief be dismissed and affording him an opportunity to amend his complaint. *See id.* at 11. The District Judge adopted that recommendation over plaintiff's objections and directed him to file an amended complaint within thirty days. Doc. 17. Plaintiff's amended complaint must, therefore, be submitted no later than October 19, 2020.[1]

---

[1] *See* Fed. R. Civ. P. 6(a)(1)(C) (when the last day of a period, stated in days, falls on "a Saturday, Sunday, or legal holiday, the period continues to run until the end of the

Plaintiff has also filed a motion captioned "Plaintiff's Request for Court Assistance in Complying with 1-31-2020 Order." Doc. 7. The "assistance" requested relates, in part, to the forms this Court requires prisoners proceeding *in forma pauperis* to return. *See id.* at 3. Since all the required forms were returned, docs. 5 & 6, that request is moot. The remaining requests are in the nature of discovery request; plaintiff seeks an order that the Georgia Attorney General provide "the name and address of [plaintiff's] prison[']s medical contractor," and "the name of the C.E.O. and address for the 'Bob Barker Corp.'" to facilitate amending his complaint. Doc. 7 at 4. Those requests are premature, pending compliance with the District Judge's Order and service, if appropriate, on some defendant. *See* Fed. R. Civ. P. 26(d)(1) (discovery cannot be sought, even in cases exempted from initial disclosures under Rule 26(a)(1)(b), until otherwise authorized by the Federal Rules of Civil Procedure, by stipulation, or by court order).

Accordingly, plaintiff's request is **DENIED**. Doc. 7. If plaintiff files the required amended complaint and if-after screening- the Court

---

next day that is not a Saturday, Sunday, or legal holiday."). Since October 17, 2020 is a Saturday, the deadline for Bedford to timely submit his amended complaint is Monday, October 19, 2020.

determines that service on a defendant is warranted, the plaintiff will receive notice of such.  Once service is effected and at least one defendant appears, plaintiff may pursue discovery or file any motion as provided in the Federal Rules of Civil Procedure.

**SO ORDERED**, this 23rd day of September, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia