## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | | |
|---|---|---|
| FRANKLIN M. BEDFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV620-009 |
| | ) | |
| DOE MEDICAL CONTRACTOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 23, to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, Antonio Brown's Motion to Intervene is **DENIED**. Doc. 21. His Motion to Proceed *In Forma Pauperis* is **DISMISSED** as moot. Doc. 22.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of September, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA